UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKSIDE/EL CENTRO HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.: 20cv1732-JAH(RBB)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR LEAVE TO FILE TO COMPEL THE DEPOSITION OF DALE ERLENBUSCH [ECF NO. 63]** |

Defendant's Ex Parte Motion for Leave to File to Compel the Deposition of Dale Erlenbusch [ECF No. 63] is **GRANTED**. Defendant's motion to compel should be filed on or before October 14, 2021. The motion should set forth Defendant's complete position and address, with reference to exhibits, all pertinent facts including (1) whether Mr. Erlenbusch was properly served with a deposition subpoena and/or notice of deposition and (2) any communications from Mr. Erlenbusch to Defendant's counsel and the court reporting service regarding the deposition. Plaintiff's response should be filed on or before October 28, 2021. The issues raised in Plaintiff's Objection to Defendant's Ex Parte Motion [ECF No. 66] should be incorporated in its response and will be considered by the Court in connection with Defendant's motion to compel. Defendant's

reply should be filed on or before <u>November 4, 2021</u>.

Both sides should also address whether their actions relating to the scheduling of Mr. Erlenbusch's deposition were consistent with Civil Local Rules 2.1(a)(2)(f) (requiring counsel "to attempt to resolve disputes promptly, fairly and reasonably, with resort to the Court for judicial relief only if necessary") and (a)(3)(b) (expecting counsel "to treat adverse witnesses, litigants and opposing counsel with courtesy, fairness and respect").

**IT IS SO ORDERED.**

Dated:  September 30, 2021

Hon. Ruben B. Brooks
United States Magistrate Judge